UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY SYLVESTER GREEN,

       Petitioner,                              Case No. 1:04-cv-631

v.                                            Hon. Richard Alan Enslen

KURT JONES,

       Respondent.
_____/

**ORDER AND JUDGMENT**
**APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 8, 2005, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that petitioner's application is **DISMISSED** for the reason stated in the Report and Recommendation.

Dated in Kalamazoo, MI:                      /s/Richard Alan Enslen
November 30, 2005                         Richard Alan Enslen
                                                    Senior United States District Judge